6/18/13
Case 2:12-cv-04008-DMC-JAD    Document 11    Filed 06/19/13    Page 1 of 1 PageID: 38
Gmail - HAYTER v. DELIA et al



# HAYTER v. DELIA et al

**J Hayter** <joyce2298@me.com>  
To: mkoribanics@gmail.com

Mon, Jun 17, 2013 at 4:02 PM

HAYTER v. DELIA et al  
Case 2:12-cv-04008-DMC-JAD

Hello Mr Koribanics,

I am in receipt of your letter dated 6/17/13 regarding an adjournment until after the defendants July 26 sentencing to the criminal charges he has plead guilty to.

I am agreeable to this adjournment IF, the new date is in September or soon thereafter. Please inform the Court of my stipulation.

With warm regards,

Joyce Hayter  
Joyce2298@me.com  
973-626-2298