NOT FOR PUBLICATION                                                    CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOYCE HAYTER, | Civil Action No.: 12-4008 (JLL) |
| Plaintiff, | |
| v. | |
| ERICK DELIA, | ORDER |
| Defendant. | |

**THIS MATTER** comes before the Court by way of United States Magistrate Judge Joseph A. Dickson's November 21, 2014 Report and Recommendation recommending that the undersigned dismiss this action with prejudice for failure to prosecute—and, in particular, for failure to file a RICO Case Statement, as repeatedly directed by the Court [Docket Entry No. 31]. Magistrate Judge Dickson filed his Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B). In particular, Magistrate Judge Dickson recommended that Plaintiff's Complaint be dismissed with prejudice for failure to prosecute this action. To date, the Court has received no objections with respect to Magistrate Judge Dickson's November 21, 2014 Report and Recommendation, and for good cause shown,

**IT IS** on this **10th day of December, 2014**,

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on November 21, 2014 [Docket Entry No. 31], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge